1934-39

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | CASE TYPE: Civil |

| | | |
|---|---|---|
| Deanna Ruettimann; and Patrick Ruettimann, | ) | Court File No. _____ |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. |
| | ) | |
| American Portfolio Mortgage Corporation; and Dovenmuehle Mortgage, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL

Please Take Notice that on August 30, 2022, Defendants American Portfolio Mortgage Corporation and Dovenmuehle Mortgage, Inc. filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, removing the above-captioned action from the State of Minnesota, District Court, Fourth Judicial District, Hennepin County, Minnesota. A true and correct copy of the Notice of Removal is attached as Exhibit 1 and made a part hereof.

Please Take Further Notice that upon the filing of the Notice of Removal with the Clerk of the United States District Court for the District of Minnesota and filing copies thereof with the Clerk of the District Court, Fourth Judicial District, Hennepin County, Minnesota, the Defendants have affected removal and the Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. §§ 1446(d).

1

Respectfully submitted,

/s/     Kevin T. Dobie
One of the Attorneys for Defendant
American Portfolio Mortgage Corporation

Respectfully submitted,

/s/     Michael Sauer
One of the Attorneys for Defendant
Dovenmuehle Mortgage Inc.

Kevin T. Dobie
Attorney No. 388322
Liebo, Weingarden, Dobie & Barbee, PLLP
4500 Park Glen Road, Suite 300
Minneapolis, MN 55416
952-925-6888
kevin@minnesotamortgagelaw.com
*Attorneys for*
*American Portfolio Mortgage Corporation*

Michael R. Sauer
Attorney No. 387005
Wilford, Geske & Cook, P.A.
7616 Currell Blvd., Suite 200
Woodbury, MN 55125
msauer@wgcmn.com
*Attorneys for*
*Dovenmuehle Mortgage Inc.*